UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

August 28, 2008

John Sippel, Esquire
Assistant U.S. Attorney
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201

David R. Solomon, Esquire
201 North Charles Street, Suite 1717
Baltimore, MD 21201

    Re:    United States v. Tony Handy, Criminal No. CCB-06-0530

Dear Counsel:

    Enclosed is a copy of a letter from Tony Handy. I am having the original docketed as a motion to withdraw plea and motion for new counsel.

    A conference call to discuss these issues has been set for **September 5, 2008** at **9:00 a.m.** My office will initiate the call.

Sincerely yours,

/s/ CCB

Catherine C. Blake
United States District Judge

Enclosure